# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JIMMY ASHLEY**                                                                 PLAINTIFF

v.                              No. 3:18-cv-65-DPM

**KEYSTONE PARTNERS, LLC**                                    DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 27 December 2019 to enforce the parties' settlement agreement.

_____
D.P. Marshall Jr.
United States District Judge

27 December 2018